Patrick J. Cain, SBN 105331
Theodore H. Dokko, SBN 263830
Smith, Gambrell & Russell, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 90071
Tel: (213) 358-7213; Fax: (213) 358-7313
Email: pcain@sgrlaw.com
Email: tdokko@sgrlaw.com

Attorneys for Defendant
MICHAELSON REAL ESTATE GROUP, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CREATIVE REALTY PARTNERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAELSON REAL ESTATE GROUP, LLC, a Florida limited liability company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03693-MWF-MRW<br><br>**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* APPLICATIONS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLESE TAKE NOTICE that the applications to appear *pro hac vice* by Steven E. Brust and Jonathan D. Pressley are hereby withdrawn.

DATED: April 29, 2020            SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Patrick J. Cain
Attorneys for Defendant
MICHAELSON REAL ESTATE GROUP, LLC