JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE REALTY PARTNERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAELSON REAL ESTATE GROUP, LLC, a Florida limited liability company; MICHAEL MOSES, individually, and as Trustee of the Michael N. Moses Revocable Trust; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. CV 20-3693-MWF(MRWx)<br><br>**ORDER JOINING DEFENDANT MICHAEL MOSES IN ARBITRATION PROCEEDING AND TRANSFERRING PLAINTIFF'S ONE NEW CLAIM AGAINST DEFENDANT MREG TO SAID ARBITRATION**<br><br>Trial Date: None Set |

1

**ORDER JOINING DEFENDANT MICHAEL MOSES IN ARBITRATION PROCEEDING AND TRANSFERRING PLAINTIFF'S ONE NEW CLAIM AGAINST DEFENDANT MREG TO SAID ARBITRATION**

SGR/41250405.1

## ORDER

The Court, having considered the parties' Stipulation (Docket No. 65), and good cause appearing, hereby orders as follows:

1. All claims in Plaintiff's First Amended Complaint, including the claims against Moses and the one new claim against MREG, for interference with prospective economic advantage, are subject to and will be adjudicated in the parties' arbitration proceeding, JAMS Case Ref. No. 1220068055;

2. Nothing herein is intended to or shall be deemed a waiver or limitation on MREG's and Moses's rights to challenge in the arbitration proceeding the pleading adequacy of the amended arbitration claim, as appropriate, nor a waiver or limitation on Plaintiff's defenses to any such challenges.

3. This action is stayed in its entirety until such time as the arbitrator enters an award or Plaintiff files a notice of voluntary dismissal.

4. The parties are ORDERED to file a Joint Status Report within ten (10) days of any arbitration award.

5. The Clerk of Court shall administratively close this action.

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

2

ORDER JOINING DEFENDANT MICHAEL MOSES IN ARBITRATION PROCEEDING AND TRANSFERRING PLAINTIFF'S ONE NEW CLAIM AGAINST DEFENDANT MREG TO SAID ARBITRATION

SGR/41250405.1