Closed

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE REALTY PARTNERS, Inc., a California Corporation<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAELSON REAL ESTATE GROUP, LLC, a Florida limited liability company; MICHAEL N. MOSES, individually, and as Trustee of the Michael N. Moses Revocable Trust; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:20-CV-03693-MWF-MRW<br><br>**JUDGMENT APPROVING ARBITRATION AWARD** |

　　　The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Defendants Michaelson Real Estate Group, LLC and Michael N. Moses's Motion to Confirm Arbitration Award ("Motion"), filed on March 18, 2025.  (Docket No. 72).

　　　The Court has considered Defendants' Motion, supporting papers, and good cause appearing,

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered against Plaintiff Creative Realty Partners, Inc. as follows:

1. Judgment is entered in favor of Defendants Michaelson Real Estate Group, LLC and Michael N. Moses and against Plaintiff Creative Realty Partners, Inc. on Plaintiff's claims, and Plaintiff shall take nothing.

2. Judgment is entered in favor of Defendant Michaelson Real Estate Group, LLC and against Plaintiff Creative Realty Partners, Inc. on Defendant's counterclaim, in the amount of **$726,529.28**.

3. Defendant Michaelson Real Estate Group, LLC is awarded its costs in the amount of **$28,356.55**.

4. Defendant Michaelson Real Estate Group, LLC is awarded prejudgment interest in the amount of **$286,999.49**.

Dated:  April 10, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge